IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,      ) <br>                                                               ) <br>           Plaintiffs,                                  ) <br>                                                               ) <br>      v.                                                      )    C. A. No. 21-837 (LPS) <br>                                                               ) <br> CHECK POINT SOFTWARE                    ) <br> TECHNOLOGIES LTD. and CHECK POINT ) <br> SOFTWARE TECHNOLOGIES, INC.,         ) <br>                                                               ) <br>           Defendants.                                ) | |

### CHECK POINT SOFTWARE TECHNOLOGIES INC.'S
### FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Check Point Software Technologies Inc. ("Check Point Inc.") hereby states that Check Point Inc. is a wholly-owned subsidiary of Check Point Software Technologies Ltd.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew M. Moshos*
_____
Jack B. Blumenfeld (#1014)
Andrew M. Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
amoshos@morrisnichols.com

*Attorneys for Defendant Check Point Software Technologies, Inc.*

OF COUNSEL:

Clem S. Roberts
Alyssa Caridis
Evan Brewer
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
(415) 773 5700

August 2, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 2, 2021 upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis, Esquire<br>Richard C. Weinblatt, Esquire<br>STAMOULIS & WEINBLATT, LLC<br>800 North West Street Third Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| James F. McDonough, III, Esquire<br>Jonathan R. Miller, Esquire<br>Travis E. Lynch, Esquire<br>HENINGER GARRISON DAVIS, LLC<br>3621 Vinings Slope, Suite 4320<br>Atlanta, GA  30339<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Andrew M. Moshos*
_____
Andrew M. Moshos (#6685)