UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC, <br> Plaintiff, <br> v. <br> CHECK POINT SOFTWARE TECHNOLOGIES INC. and CHECK POINT SOFTWARE TECHNOLOGIES LTD., <br> Defendants. | CIVIL ACTION NO. 1:21-cv-00837-LPS <br><br> Chief Judge Leonard P. Stark |

**DATACLOUD TECHNOLOGIES, LLC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**
**[D.I. 9]**

Plaintiff DATACLOUD TECHNOLOGIES, LLC (hereinafter, "DataCloud") hereby opposes the "Defendant Check Point Software Technologies, Inc.'s Motion To Dismiss Pursuant To Rule 12(b)(6) Of The Federal Rules Of Civil Procedure, And Joinder In Squarespace, Inc.'s Opening Brief In Support Of Renewed Motion For Judgment On The Pleadings" (D.I. 9) filed on August 2, 2021 by Defendants Check Point Software Technologies Inc. ("CPSTI") and Check Point Software Technologies Ltd. ("CPSTL") (collectively, "Defendants") (hereinafter, the "Motion"), because it has become moot with the filing of DataCloud's First Amended Complaint (D.I. 11).

Under Third Circuit law, an amended complaint supersedes the original complaint filed, rendering it a nullity. *See West Run Student Housing Assocs., LLC v. Huntington Nat'l Bank*, 712 F.3d 165, 171 (3d Cir. 2013) (amended complaint generally moots motion to dismiss); *Snyder v. Pascack Valley Hosp.,* 303 F.3d 271, 276 (3d Cir. 2002) ("An amended complaint supercedes the original version in providing the blueprint for the future course of the lawsuit."); *see also Calloway*

*v. Green Tree Servicing, LLC*, 599 F.Supp.2d 543, 546 (D. Del. 2009) (denying motion to dismiss as moot because it was directed to superseded complaint).

    Therefore, DataCloud requests that Defendants' Motion (D.I. 9) be denied as moot.

Dated: <u>August 16, 2021</u>              Respectfully submitted,

                                              **Stamoulis & Weinblatt, LLC**

                                              */s/ Stamatios Stamoulis*
                                              Stamatios Stamoulis (#4606)
                                              Richard C. Weinblatt (#5080)
                                              800 N. West Street Third Floor
                                              Wilmington, Delaware 19801
                                              Telephone: (302) 999-1540
                                              Email: stamoulis@swdelaw.com
                                              Email: weinblatt@swdelaw.com

                                              James F. McDonough, III (Bar No. 117088, GA)*
                                              Jonathan R. Miller (Bar No. 507179, GA)*
                                              **HENINGER GARRISON DAVIS, LLC**
                                              3621Vinings Slope, Suite 4320
                                              Atlanta, Georgia 30339
                                              Telephone: (404) 996-0869, -0863
                                              Facsimile: (205) 547-5502, -5506
                                              Email: jmcdonough@hgdlawfirm.com
                                              Email: jmiller@hgdlawfirm.com

                                              *Attorneys for Plaintiff DataCloud Technologies, LLC*

*Of Counsel*
Travis E. Lynch (Bar No. 162373, GA)
**HENINGER GARRISON DAVIS, LLC**
3621Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0867
Facsimile: (205) 547-5515
Email: tlynch@hgdlawfirm.com

* admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

Date: August 16, 2021  */s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606