IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | C. A. No. 21-837 (LPS) |
| ) | |
| CHECK POINT SOFTWARE   ) | |
| TECHNOLOGIES LTD. and CHECK POINT ) | |
| SOFTWARE TECHNOLOGIES, INC.,   ) | |
| ) | |
| Defendants.   ) | |

**DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES, INC.'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE, AND JOINDER IN SQUARESPACE, INC.'S OPENING BRIEF IN SUPPORT OF RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Check Point Software Technologies, Inc. ("Check Point") hereby moves to dismiss Plaintiff DataCloud Technologies, LLC's ("DataCloud") First Amended Complaint (D.I. 11) pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Check Point joins and hereby incorporates Defendant Squarespace, Inc.'s ("Squarespace") opening brief in support of Squarespace's renewed motion for judgment on the pleadings filed in the case captioned *DataCloud Technologies, LLC v. Squarespace, Inc.*, C.A. No. 21-164-LPS (D. Del.) (the "Squarespace Action"), D.I. 25.

The same Asserted Patents and claims at issue here are at issue in the Squarespace Action. On July 28, 2021, Squarespace filed a renewed motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) on the ground that the Asserted Patents are invalid as directed to function or result claims in violation of 35 U.S.C. § 112. Squarespace Action, D.I. 24-25. "A motion for judgment on the pleadings is governed by the same standards that apply to a motion to dismiss under Fed.R.Civ.P. 12(b)(6) . . . ." *Butamax Advanced Biofuels LLC v.*

*Gevo, Inc.*, C.A. No. 11-54-SLR, 2012 WL 2365905, at *1 (D. Del. June 21, 2012); *see also Ferrell v. Cmty. Mgmt. Servs., LLC*, C.A. No. 10-205-SLR, 2011 WL 1750452, at *1 (D. Del. May 6, 2011) (*citing Revell v. Port Auth.*, 598 F.3d 128, 134 (3d Cir. 2010), cert. denied, 131 S. Ct. 995 (Jan. 18, 2011). To avoid duplicative briefing and to minimize the burden on this Court, Check Point joins and incorporates Squarespace's opening brief in support of its renewed motion for judgment on the pleadings.

For the reasons set forth in Squarespace's opening brief, the claims of the Asserted Patents describe the alleged invention in terms of its function and are therefore invalid under 35 U.S.C. § 112. Check Point hereby joins and incorporates Squarespace's opening brief in support of its renewed motion for judgment on the pleadings, and requests that the Court dismiss DataCloud's claims against Check Point with prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew M. Moshos*

Jack B. Blumenfeld (#1014)
Andrew M. Moshos (#6685)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
amoshos@morrisnichols.com

*Attorneys for Defendant Check Point Software Technologies, Inc.*

OF COUNSEL:

Clem S. Roberts
Alyssa Caridis
Evan Brewer
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
(415) 773 5700

August 30, 2021

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 21-837 (LPS) |
| | ) |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD. and CHECK POINT SOFTWARE TECHNOLOGIES, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER

WHEREAS, Defendant Check Point Software Technologies, Inc., having moved to dismiss the First Amended Complaint (D.I. 11) pursuant to Federal Rule of Civil Procedure 12(b)(6) and 35 U.S.C. § 112 (the "Motion"), and

WHEREAS, the Court having considered the Motion and any opposition thereto,

IT IS HEREBY ORDERED this ___ day of _____, 2021 that the Motion is **GRANTED** and Plaintiff DataCloud Technologies, LLC's First Amended Complaint is **DISMISSED WITH PREJUDICE**.

_____
The Honorable Leonard P. Stark

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 30, 2021 upon the following in the manner indicated:

| | |
|---|---|
| Stamatios Stamoulis, Esquire<br>Richard C. Weinblatt, Esquire<br>STAMOULIS & WEINBLATT, LLC<br>800 North West Street Third Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| James F. McDonough, III, Esquire<br>Jonathan R. Miller, Esquire<br>Travis E. Lynch, Esquire<br>HENINGER GARRISON DAVIS, LLC<br>3621 Vinings Slope, Suite 4320<br>Atlanta, GA  30339<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Andrew M. Moshos*

Andrew M. Moshos (#6685)