# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| DATACLOUD TECHNOLOGIES, LLC,<br>    Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES INC. and CHECK POINT SOFTWARE TECHNOLOGIES LTD.,<br>    Defendants. | CIVIL ACTION NO. 1:21-cv-00837-LPS |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff DATACLOUD TECHNOLOGIES, LLC (hereinafter, "DataCloud") by and through undersigned counsel, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in its Complaint in this action WITH PREJUDICE. Neither Defendant has filed an Answer or a motion for Summary Judgment in this matter.

Dated: <u>September 13, 2021</u>  　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**Stamoulis & Weinblatt, LLC**

　　　　　　　　　　　　　　　　　　　　<u>/s/ Stamatios Stamoulis</u>
　　　　　　　　　　　　　　　　　　　　Stamatios Stamoulis (#4606)
　　　　　　　　　　　　　　　　　　　　Richard C. Weinblatt (#5080)
　　　　　　　　　　　　　　　　　　　　800 N. West Street Third Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 999-1540
　　　　　　　　　　　　　　　　　　　　Email: stamoulis@swdelaw.com
　　　　　　　　　　　　　　　　　　　　Email: weinblatt@swdelaw.com

　　　　　　　　　　　　　　　　　　　　James F. McDonough, III (Bar No. 117088, GA)*
　　　　　　　　　　　　　　　　　　　　Jonathan R. Miller (Bar No. 507179, GA)*
　　　　　　　　　　　　　　　　　　　　Travis E. Lynch (Bar No. 162373, GA)*
　　　　　　　　　　　　　　　　　　　　**HENINGER GARRISON DAVIS, LLC**
　　　　　　　　　　　　　　　　　　　　3621Vinings Slope, Suite 4320
　　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30339
　　　　　　　　　　　　　　　　　　　　Telephone: (404) 996-0869, -0863, -0867
　　　　　　　　　　　　　　　　　　　　Facsimile: (205) 547-5502, -5506, -5515
　　　　　　　　　　　　　　　　　　　　Email: jmcdonough@hgdlawfirm.com
　　　　　　　　　　　　　　　　　　　　Email: jmiller@hgdlawfirm.com
　　　　　　　　　　　　　　　　　　　　Email: tlynch@hgdlawfirm.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff DataCloud Technologies, LLC*

*admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

Date: <u>September 13, 2021</u>         */s/ Stamatios Stamoulis*
                                         Stamatios Stamoulis #4606